**AEGIS LAW FIRM, PC**
SAMUEL A. WONG, State Bar No. 217104
KASHIF HAQUE, State Bar No. 218672
FAWN F. BEKAM, State Bar No. 307312
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile:  (949) 379-6251
Email:  fbekam@aegislawfirm.com

Attorneys for Plaintiff Rosamond Moscozo, individually,
and on behalf of all others similarly situated.

[*Additional counsel listed on following page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAMOND MOSCOZO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>MERIDIAN SENIOR LIVING, LLC, a corporation; and DOES 1 through 20, inclusive,<br><br>    Defendant. | Case No. 20-cv-02846-EJD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

APPROVED

Judge Edward J. Davila

Nov. 1, 2022

---

STIPULATION OF DISMISSAL

Leonora M. Schloss (SBN 145142)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, CA 2500
Telephone: 213.689.0404
Facsimile:  213.689.0430
E-Mail:     Leonora.Schloss@jacksonlewis.com

Isabella L. Shin (SBN 294937)
Jamielee F. Martinez (SBN 303927)
JACKSON LEWIS P.C.
333 West San Carlos, Suite 1625
San Jose, CA 95110
Telephone: 403.579.0404
Facsimile:  408.454.0290
E-Mail:     Isabella.Shin@jacksonlewis.com
            Jamie.Martinez@jacksonlewis.com

Attorneys for Defendant
MERIDIAN SENIOR LIVING, LLC

-1-

STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rosamond Moscozo ("Plaintiff") and Defendant Meridian Senior Living, LLC ("Defendant") hereby stipulate the dismissal of Plaintiff's claims with prejudice. Dismissal is appropriate given that a class settlement involving the same class and claims was approved in *Moscozo v. Meridian Senior Living, LLC*, Case No. 20STCV21220 (Los Angeles Cnty. Super. Ct.). *See Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746-50 (9th Cir. 2006) (affirming district court's decision to dismiss plaintiffs' class action, holding that settlement in prior class action extinguished claims asserted by plaintiffs because they arose from the same factual predicate and span the same time period. A true and correct copy of the *Moscozo* state court's order granting final approval is attached hereto as **Exhibit A**. Accordingly, the Parties respectfully request that the Court dismiss Plaintiff's claims with prejudice.

Dated:  October 31, 2022          **AEGIS LAW FIRM, PC**


/s/ Fawn F. Bekam_____
Fawn Bekam
Attorneys for Plaintiff Rosamond Moscozo


Dated:  October 31, 2022          JACKSON LEWIS P.C.


/s/ Jamielee F. Martinez_____
Jamielee F. Martinez
Attorneys for Defendant Meridian Senior Living, LLC

EXHIBIT A

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
**Civil Division**
Central District, Stanley Mosk Courthouse, Department 28

**20STCV21220**                                                    October 27, 2022
**ROSAMOND MOSCOZO vs MERIDIAN SENIOR LIVING,**                           8:30 AM
**LLC**

Judge: Honorable Rupert A. Byrdsong               CSR: None
Judicial Assistant: A. J. Ortiz                   ERM: None
Courtroom Assistant: S. Alexander                 Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): Fawn F. Bekam Via LA COURT/CONNECT

For Defendant(s): Isabella Lee Shin By Eric Gitig Via LA COURT/CONNECT

**NATURE OF PROCEEDINGS:** Hearing on Motion - Other Motion for Final Approval of
Class Action Settlement; Order to Show Cause Re: Status of Attorneys' Fees

The matter is called for hearing on Motion for Final Approval of Class Action Settlement
The order to Show Cause Re: Status of Attorney fees is discharged.

The Court reads and considers motion
Motion is unopposed
Motion is GRANTED.

The Plaintiff's Motion for Final Approval of Settlement filed by Rosamond Moscozo, Rosemarie
James on 10/04/2022 is Granted.

The Court orders the Amended Complaint (1st) filed by Rosamond Moscozo on 07/18/2022
dismissed without prejudice.